IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) ) | CIVIL ACTION FILE |
| v. ) ) ) | NO. 1:15-CV-00546-TWT |
| MARTIN L. SILBIGER, ) ) ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

COMES NOW, MATTHEW F. TOTTEN, Esq., of the law firm of The Gilroy Firm, and hereby files an appearance as additional counsel for FIRST AMERICAN TITLE INSURANCE COMPANY ("First American" or "FATIC"), Plaintiff and Defendant in Counterclaim in the above-styled civil action. All further notices given or required, and all papers from the Court or the parties served or required to be served in this case, may be also given to and served, whether electronically or otherwise, upon counsel as follows:

Matthew F. Totten, Esq.
The Gilroy Firm
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel: (678) 280-1922
Fax: (678) 280-1923
Email: matthew.totten@gilroyfirm.com

Monica K. Gilroy, Esq., shall continue to serve as lead counsel for First American in this matter.

    This 14th day of February, 2018.

                                      Respectfully submitted,

                                      /s/ Matthew F. Totten
                                    MATTHEW F. TOTTEN
                                    Georgia Bar No. 798589
                                    **Attorney for First American Title Insurance Company**

**THE GILROY FIRM**
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel: (678) 280-1922
Fax: (678) 280-1923
Email: matthew.totten@gilroyfirm.com

## FONT CERTIFICATION

The undersigned counsel for Plaintiff First American Mortgage Company hereby certifies that the within and foregoing Notice of Appearance of Counsel was prepared using Book Antiqua 13-point font in accordance with LR 5.1C (N.D. Ga.).

This 14th day of February, 2018.

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
Georgia Bar No. 798589
**Attorney for First American Title Insurance Company**

**THE GILROY FIRM**
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel: (678) 280-1922
Fax: (678) 280-1923
Email: matthew.totten@gilroyfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>) CIVIL ACTION FILE<br>v. )<br>) NO. 1:15-CV-00546-TWT<br>MARTIN L. SILBIGER, )<br>)<br>Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, in accordance with LR 5.1A (N.D. Ga.), I have this date electronically filed the within and foregoing **NOTICE OF APPEARANCE OF COUNSEL** in the above-styled civil action with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record as follows:

>Paul W. Burke, Esq.
>BurkeP@deflaw.com
>DREW ECKL & FARNHAM
>235 Peachtree Street NE
>Suite 1900
>Atlanta, Georgia 30309
>>*Counsel for Defendant and Plaintiff in Counterclaim*
>>*Martin L. Silberger*

4

This 14th day of February, 2018.

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
Georgia Bar No. 798589
**Attorney for First American Title Insurance Company**

**THE GILROY FIRM**
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel:  (678) 280-1922
Fax: (678) 280-1923 (Facsimile)
Email: matthew.totten@gilroyfirm.com